**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 06-14066** |
| | ) | |
| **Pamela Thompson Jackson,** | ) | **(Chapter 13)** |
| | ) | |
| **DEBTOR** | ) | |

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Cavalry Portfolio Services (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,084.46. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Cavalry Portfolio Services

By: ______________________
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900



CERTIFICATE OF MAILING

I hereby certify that on April 10, 2012 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
1110 Market St., Ste. 301
Chattanooga, TN 37402

Greg Griffith

**LIMITED POWER OF ATTORNEY**
**LIMITED TO ONE TRANSACTION ONLY**

Cavalry Portfolio Services, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents in the amount of $1,084.46, that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 28 day of ~~Christina~~ March, 2012.

**PRINCIPAL:**
Cavalry Portfolio Services, LLC
Federal ID # 27-0011392

By: [signature]

Title: General Counsel

PRINCIPAL'S ADDRESS:

500 Summit Lake Drive, Suite: 400
Valhalla, NY 10595-1340

**ACKNOWLEDGMENT**

STATE OF New York )

COUNTY OF Kings )

Before me a Notary Public, in and for said County and State on this 28th day of March, 2012, personally appeared Christian Parker to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its ______________(title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires;
August 16, 2014

[signature]
Notary Public

AMY CHAN
Notary Public, State of New York
No. 02CH6226739
Qualified in Kings County
My Commission Expires August 16, 2014

**Christian Parker**
*General Counsel*

**Cavalry Portfolio Services, LLC**

7 Skyline Drive, 3rd Floor
Hawthorne, NY 10532
914-347-3440 x13498
Fax 914-347-7552

cparker@cavps.com




NEW YORK STATE
DRIVER LICENSE

# 2011 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M02000001603

**FILED**
**Mar 25, 2011**
**Secretary of State**

**Entity Name:** CAVALRY PORTFOLIO SERVICES, LLC

**Current Principal Place of Business:**

7 SKYLINE DRIVE
3RD FLOOR
HAWTHORNE, NY 10532

**New Principal Place of Business:**

500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY 10595 13

**Current Mailing Address:**

7 SKYLINE DRIVE
3RD FLOOR
HAWTHORNE, NY 10532

Old

**New Mailing Address:**

New

500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY 10595 13

**FEI Number: 27-0011392** **FEI Number Applied For ( )** **FEI Number Not Applicable ( )** **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: ______________________________

Electronic Signature of Registered Agent Date

**MANAGING MEMBERS/MANAGERS:**

Title: MGRM
Name: CAVALRY INVESTMENTS, LLC
Address: 500 SUMMIT LAKE DRIVE, SUITE 400
City-St-Zip: VALHALLA, NY 10595 US

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE: CAVALRY INVESTMENTS, LLC MGRM 03/25/2011

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

**American Property Locators, Inc.**
3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

**Fax (405) 340-5968**
**E-Mail: ggriffith@apl-inc.com**

**(800) 730-4343 ext 15**
**(405) 340-4900 ext 15**

April 10, 2012

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
31 East 11th Street
Chattanooga, TN 37402-2722
Attn: Brent Rhodes

Re: EASTERN DISTRICT OF TENNESSEE APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Mr. Rhodes:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 06-14066 |
| Debtor: | Pamela Thompson Jackson |
| Creditor/Claimant: | Cavalry Portfolio Services |
| Amount: | $1,084.46 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/hen
Enclosures